UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

MICHAEL JAMES,

                Petitioner,

    v.                                                                          9:12-CV-857
                                                                                   (FJS/ATB)

BRANDON J. SMITH,

                Respondent.

_____

**APPEARANCES**                                               **OF COUNSEL**

**OFFICE OF RONALD R. BENJAMIN**        **RONALD R. BENJAMIN, ESQ.**
126 Riverside Drive
P. O. Box 607
Binghamton, New York 13902-0607
Attorney for Petitioner

**OFFICE OF THE NEW YORK**              **THOMAS B. LITSKY, AAG**
**STATE ATTORNEY GENERAL**
120 Broadway
New York, New York 10271
Attorneys for Respondent

**SCULLIN, Senior Judge**

## ORDER

       Currently before the Court is Magistrate Judge Baxter's August 1, 2013 Report-Recommendation in which he recommended that the Court dismiss Petitioner's petition for writ of habeas corpus and deny Petitioner a certificate of appealability. *See* Dkt. 10. The parties did not file any objections to these recommendations.

       When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v.*

*Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's August 1, 2013 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's August 1, 2013 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Petitioner's petition is **DENIED and DISMISSED** in its entirety; and the Court further

**ORDERS** that a Certificate of Appealability shall not be issued because Petitioner has not "made a substantial showing of a denial of a constitutional right." 28 U.S. C. § 2253(c)(2); and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: August 23, 2013
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge